**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PEDRO ISAAC CATAGNA VEGA,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-7418** |
| **JL JAMISON, in his official capacity as Warden of Federal Detention Center in Philadelphia, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **28th** day of **September 2026**, upon review of Petitioner Pedro Isaac Catagna Vega's Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), Petitioner's Emergency Motion for Temporary Restraining Order and Order to Show Cause (the "Motion") (ECF No. 1-1), and the docket, it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.
2. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1), the Motion (ECF No. 1-1), and the instant Order on Respondents, and shall file proof of service on or before **October 1, 2026 at 12:00 p.m. (noon)**.[1]
3. Petitioner shall **EMAIL** the Petition (ECF No. 1), the Motion (ECF No. 1-1), and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **September 28, 2026 at 5:00 p.m.**:

[1] Federal Rule of Civil Procedure 65 states that a temporary restraining order may be issued without notice only when "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B). Petitioner has not adequately satisfied this requirement, and the Court shall require Petitioner to provide notice to Respondents. However, an immediate order enjoining Petitioner from being transferred outside the District is warranted to preserve jurisdiction.

desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; gregory.david@usdoj.gov.

4. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Respondents on or before **September 29, 2026 at 12:00 p.m. (noon)**.

5. In light of the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, Nos. 26-1150 & 26-1454, 2026 WL 2546223, --- F.4th ---- (3d Cir. Aug. 28, 2026), Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). Respondents shall file a brief letter responding to the merits of the Petition (ECF No. 1), on or before **October 5, 2026 at 4:00 p.m.**

6. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**