**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PEDRO ISAAC CATAGNA VEGA,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **JL JAMISON, in his official capacity as Warden of Federal Detention Center in Philadelphia, et al.,** *Respondents.* | : | **No. 26-cv-7418** |

**ORDER**

**AND NOW**, this **8th** day of **October 2026**, upon consideration of Petitioner Pedro Isaac Catagna Vega's Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 9), and the docket, it is hereby **ORDERED** as follows:

1. The Petition (ECF No. 1) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.
2. Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, Respondents shall **IMMEDIATELY RELEASE** Petitioner from detention.
3. Respondents are further **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.
4. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **October 9, 2026 at 5:00 p.m.**
5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**